KATHRYN T. EGAN, Respondent, *v.* CITY OF BUFFALO, Appellant.

*Negligence — municipal corporation — action to recover for personal injuries arising from defect in street.*

*Egan* v. *City of Buffalo*, 188 App. Div. 953, affirmed.

(Argued November 3, 1920; decided December 31, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 28, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant by reason of an alleged obstruction in the approach leading from the public sidewalk to the veranda of the plaintiff's home. A few days prior to the accident the city had lowered the public sidewalk leaving the private walk running to plaintiff's residence five or six inches higher, thus causing a step of about that height. Plaintiff in attempting to go from the sidewalk to the house at about seven o'clock

in the evening in November caught her foot on the obstruction, fell and received the injuries complained of.

*William S. Rann, Corporation Counsel (Clayton M. Smith* of counsel), for appellant.

*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and CRANE, JJ. Dissenting: MCLAUGHLIN and ANDREWS, JJ.